Opinion issued April 12, 2007 

 







 




In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-05-00719-CR

 01-05-00720-CR

____________


OLLEN MCHENRY NUGENT, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 209th District Court 

 Harris County, Texas

Trial Court Cause Nos. 967703 and 967704






MEMORANDUM OPINION ON PERMANENT ABATEMENT

 Appellant's counsel, Kyle B. Johnson, has filed a second motion to
permanently abate the above- referenced appeals citing Tex. R. App. P. 7.1 (a) (2). 
In support of his motion, counsel Johnson has attached a certified copy of the
certificate of death for Ollen McHenry Nugent, the appellant. The certificate states
that appellant died on November 9, 2005, while in custody of the Texas Department
of Criminal Justice where he was assigned to the Tennessee Colony Unit.

 The death of an appellant during the pendency of an appeal deprives this court
of jurisdiction. Moliter v. State, 862 S. W. 2d 615, 616 (Tex. Crim. App. 1993). The
motion to permanently abate the appeals is granted.

 Therefore, we order the appeals in cause trial court number 967703 and in trial
court cause number 967704 permanently abated.

PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley..

Do not publish. Tex. R. App. P. 47.2(b).